# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157930(17)

IN THE MATTER OF

THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT                                    SC: 157930
                                                       JTC Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Chief Justice, the motion of respondent judge to exceed the page limitation for her brief in support of the petition is GRANTED. The 69-page brief submitted on May 9, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2019



Clerk